# MARCUS | BRODY

MARCUS, BRODY, FORD, KESSLER & SAHNER, L.L.C.
ATTORNEYS AT LAW

5 BECKER FARM ROAD
ROSELAND, NEW JERSEY 07068
(973) 740-1200    (973) 994-(973) 232-0605

WRITER'S DIRECT DIAL:
mjdobbs@marcusbrodylaw.com

E-MAIL:

FILE NO.:  7830-001

April 20, 2011

*Via Facsimile and Electronic Mail*
*(973) 645-4412*

Honorable Michael A. Shipp, U.S.M.J.
United State District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

    Re:    PSN Illinois, LLC v. Abbott Laboratories, et al
             No. 11-cv-1577

Dear Judge Shipp:

    We represent Plaintiff in the above referenced matter.  A Motion to Compel against Third Party Novartis Pharmaceuticals is returnable before this Court on May 2, 2011.   In light of the various holidays this week, my client kindly requests a one week extension of time to file reply papers and an adjournment of the motion to the next motion day which is May 16, 2011.  Counsel for Novartis has consented to this request.   If this application is granted, Plaintiff's reply papers will be filed May 2, 2011.

    Thank you for your time and attention to this matter.

                                Respectfully submitted,

                                MARYJANE DOBBS

MJD:cm
Enclosures
cc:    John E. Flaherty, Esq. (via email and regular mail)
        Cynthia S. Betz, Esq. (via email and regular mail)

Nothing contained in this communication was intended or written by the author to be used, or can be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code of 1986, as amended.

| | | |
|---|---|---|
| JANE L. BRODY | TODD M. SAHNER (OF COUNSEL) | CHARLES S. DUNETZ (1945-2007) |
| HERBERT S. FORD | GERALD C. HARVEY (OF COUNSEL) | |
| ANDREW S. KESSLER | | |
| IRA B MARCUS | DENISE WALSH | |
| MARYJANE DOBBS | JEFFREY DiCHIARA | |

John E. Flaherty, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Cynthia S. Betz, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102